UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22885-Williams/Torres

FILED BY [signature] D.C.
FEB 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

-------------------------------------------------- x

PAYCARGO, LLC,

*Plaintiff,*

-against-

PAVEL GALBREATH aka
PASHA GALBREATH aka
PASHA PROBIV

*Defendant.*

-------------------------------------------------- x

**RESPONSE TO PLAINTIFFS MOTION FOR PROTECTIVE ORDER**

Defendant states the following in relation to protective order filed by Plaintiff (D.E. 28)

1. Defendant is a pro se litigant who communicates with the court via conventional means
2. Defendant filed a notice of current address with his updated contact information that includes his current mailing address (D.E. 25)
3. Defendant has not provided the court or the opposing counsel with an email address
4. Defendant have not consented to electronic communications with the opposing counsel
5. Defendant first tried to reach out to opposing counsel, Mr. Atkins on Jan 26th, 5:22 PM (call log in Exhibit A) by calling his office and leaving a message with a secretary in which Defendant included his available times to confer
6. Defendant received a voicemail from Mr. Atkins on Jan 28th

7. Defendant called Mr. Atkins phone (305) 372-1399 from which the voicemail was left twice at 5:36 PM and 5:38 PM on Jan 28th. Nobody answered and there was no ability to leave a voicemail (Exhibit A).
8. Defendant called opposing counsel office the same day at 5:35 PM on Jan 28th. Nobody answered the phone and there was no ability to leave a voicemail (Exhibit A).
9. Defendant received another voicemail from Mr. Atkins on Jan 29.
10. Defendant called back opposing counsel office Monday, Feb 1st 10:01 AM and left a message with the secretary with his available times to confer. (Exhibit A)
11. Defendant have not heard back from Mr. Atkins since then
12. On Feb 3rd Plaintiff has filed a notice of appearance by Jason H. Weber (D.E. 27)
13. On Feb 4th Mr. Weber and Defendant appeared at the deposition of John D. Nozell. Video recording available upon request.
14. After the deposition on Feb 4th Mr. Weber called Defendant and conferred over the phone (Exhibit A). Mr. Weber did not attempt to discuss the Protective Order during this conference.
15. On Feb 11th Mr. Weber and Defendant appeared at the deposition of Juan C. Dieppa. Mr. Weber mentioned that Plaintiff is trying to enter into protective order. Mr. Weber mentioned that protective order was emailed to Defendant.
16. Defendant mentioned that he prefers mail as a method of communication. Defendant noted that he did not give opposing counsel consent for electronic communications. Defendant explained why he prefers conventional method. This conversation was video recorded, recording is available upon request.
17. Defendant has made himself available to confer to the opposing counsel multiple times.

18. Plaintiff's counsel did not use any of those available times to confer with Defendant regarding the Protective Order.
19. Defendant did receive a notice of appearance by Jason H. Weber filed on Feb 3rd at Defendant's mailing address.
20. Defendant have not received the proposed Protective Order from the opposing counsel at Defendant's mailing address as of February 9th, 2021.
21. Plaintiff's counsel is in violation of Local Rule 7.1(a)(3). by failing to make a reasonable effort to confer with the opposing party before filing a motion.
22. Defendant downloaded a copy of the Motion for Protective Order from PACER (D.E. 28).
23. Defendant has no objections to the Motion for Protective order except for pleading #10 where Plaintiff's council inaccurately states that he attempted to confer with Defendant before filing this motion.

Dated: February 16th 2021

Pasha Probiv (*pro se*)
1216 Broadway, 2nd Fl
New York, NY 10001
Phone: (203) 903-2748

## EXHIBIT A: CALL LOG

Call Log for 203-903-2748

(786) 837-3701
↗ Tue 10:04 AM

(305) 742-7741
↗ Tue 10:03 AM

(305) 523-5100
↗ Feb 8, 3:35 PM

(305) 523-5100
↗ Feb 4, 11:56 AM

(386) 444-9497
↙ Feb 4, 10:06 AM

Xander Law Group, P.A.
↗ Feb 4, 10:00 AM

(305) 523-5100
↗ Feb 4, 9:59 AM

Coihue LLC
↗ Feb 4, 9:58 AM

Henley on Hudson
↗ Feb 4, 6:32 AM

(607) 542-5100
↗ Feb 2, 2:00 PM

(607) 542-5100
↗ Feb 2, 1:24 PM

(607) 542-5100
↗ Feb 2, 1:24 PM

(305) 998-3858
↗ Feb 2, 12:23 PM

(305) 523-5100
↗ Feb 2, 8:37 AM

(305) 523-5100
↗ Feb 2, 8:24 AM

(607) 542-5100
↗ Feb 1, 12:53 PM

(607) 542-5100
↗ Feb 1, 10:44 AM

(607) 542-5100
↗ Feb 1, 10:38 AM

(305) 523-5100
↗ Feb 1, 10:18 AM

Xander Law Group, P.A.
↗ Feb 1, 10:01 AM

(305) 372-1399
↗ Jan 28, 5:38 PM

(305) 372-1399
↗ Jan 28, 5:36 PM

Xander Law Group, P.A.
↗ Jan 28, 5:35 PM

Xander Law Group, P.A.
↗ Jan 26, 5:22 PM

## CERTIFICATE OF SERVICE

I, Pasha Probiv ("**Defendant**"), certify that:

I am over 18 years of age. On this 16th day of February 2021, I served a copy of the foregoing Defendant's response by depositing a true copy in a properly addressed wrapper, postage prepaid, under the exclusive care and custody of the U.S. Postal Service, upon counsel of record for plaintiffs and directed to the following address:

Wayne R. Atkins, Esq.
XanderLaw Group, PA
1 NE 2nd Avenue. Suite 200
Miami, Florida 33132

Dated: February 16th, 2021

Pasha Probiv