UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22885-Williams/Torres

--------------------------------------------- x
PAYCARGO, LLC,

*Plaintiff*,

-against-

PAVEL GALBREATH aka
PASHA GALBREATH aka
PASHA PROBIV, WALE UP LLC and
CARGOSPRINT LLC

*Defendant*.
--------------------------------------------- x

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

**COMES NOW**, Plaintiff, PayCargo, LLC, ("Plaintiff"), by and through its undersigned legal counsel and pursuant to Federal Rule of Civil Procedure 26(c) and hereby files this Motion for Protective Order for Mr. Olivier Carissimo's deposition to be taken by Defendant Pasha Probiv ("Defendant Probiv") presently scheduled for April 6, 2021, and in support thereof alleges as follows:

1. On February 19, 2021, Defendant Probiv issued a subpoena for Mr. Olivier Carissimo's deposition. This subpoena was subsequently rescheduled for April 6, 2021.

2. On March 18, 2021, Plaintiff's legal counsel sent Defendant Probiv a correspondence advising that Mr. Carissimo needs a French interpreter for his deposition and requesting that Defendant Probiv provide a French interpreter for Mr. Carissimo's deposition.

3. However, on April 2, 2021, Defendant Probiv filed a Motion to Compel Deposition Without Translator. The Court gave Plaintiff until April 16, 2021 to file a response to the Motion

to Compel Deposition Without Translator, which is subsequent to the previously scheduled deposition of Mr. Carissimo.

4. On April 5, 2021, legal counsel for Plaintiff contacted Defendant Probiv, who is still *pro se* in this action, to confer in good faith about either 1) having a French interpreter at Mr. Carissimo's deposition on April 6, 2021 or 2) rescheduling the deposition to a later date to allow the Court to rule on Defendant Probiv's Motion to Compel Deposition Without Translator. However, Defendant Probiv refused to agree to either option and was adamant that Mr. Carissimo appear for his deposition to be taken on April 6, 2021 and without a French translator.

5. Legal counsel for Plaintiff advised Defendant Probiv that this Motion for Protective Order would necessarily have to be filed unless Defendant Probiv agreed to either provide a French interpreter or reschedule the deposition, but Defendant Probiv remained insistent that the deposition take place as previously scheduled.

6. Federal Rule of Civil Procedure 26(c) states that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Good cause has been shown in this Motion and, additionally, it would be unduly burdensome for Mr. Carissimo to have to sit for his deposition without a French interpreter when he has represented that he needs one for his deposition.

7. Accordingly, Plaintiff has been left no alternative but to file this Motion for Protective Order for Mr. Olivier Carissimo.

**WHEREFORE**, Plaintiff, PayCargo, LLC, respectfully prays that this Honorable Court grant Plaintiff's Motion for Protective Order for Mr. Olivier Carissimo so that Mr. Carissimo does not have to appear for his deposition until this Court rules on Defendant Probiv's Motion for

Deposition Without Translator, and award Plaintiff its attorney's fees and costs in having to file this Motion as well as any and all other relief the Court deems just and proper.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and emailed to Pasha Probiv, *pro se*, 1216 Broadway, 2nd Fl, New York, NY 10001, pasha.probiv@gmail.com, and mailed to Cargosprint, LLC, c/o Joshua Wolf, 214 Windgate Court, Peachtree City, GA 30269, and 21 Eastbrook Bend, Suite 202, Peachtree City, GA 30269 this 5th of April, 2021.

Respectfully submitted,

MARCUS LAW CENTER, LLC
2600 Douglas Road, Suite 1111
Coral Gables, FL 33134
Tel: (305) 507-1203
Fax: (305) 507-1204

*/s/ Alan K. Marcus*

Alan K. Marcus, Esq.
Florida Bar No. 266116

XANDER LAW GROUP, P.A.
One NE 2nd Avenue, Suite 200
Miami, Florida 33132
Tel: (305) 767-2001
Fax: (855) 926-3370
wayne@xanderlaw.com

*/s/Wayne R. Atkins*

WAYNE R. ATKINS
Fla. Bar No.: 84000