**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-22885-WILLIAMS/TORRES**

PAYCARGO, LLC,

Plaintiff,

vs

PAVEL GALBREATH, WALE UP LLC,
AND CARGOSPRINT LLC

Defendants.
_______________________________________/

**JOINT NOTICE OF MOOTNESS OF**
**PLAINTIFF'S CORRECTED MOTION TO COMPEL ENTRY OF AMENDED PROTECTIVE ORDER [D.E. 100] AND**
**PLAINTIFF'S MOTION TO PERMIT JASON WEBER ACCESS TO ATTORNEYS EYES ONLY DESIGNATED INFORMATION [D.E. 99]**

Plaintiff, PayCargo, LLC ("PayCargo"), and Defendants, CargoSprint LLC ("CargoSprint"), Pavel Galbreath ("Galbreath"), and Wale Up, LLC ("Wale Up") (collectively the "Parties") by and through undersigned counsel, hereby give notice to the Court that all disputes relating to Plaintiff's Corrected Motion to Compel Entry of Amended Protective Order [D.E. 100], and Plaintiff's Motion for Court order Permitting PayCargo's In-House Counsel Jason Weber, Esq. to Have Access to Attorneys' Eyes Only Designated Information in All Discovery Conducted in This Case [D.E. 99] have been resolved.

The Parties have fully agreed on the language of a revised Stipulated Protective Order resolving all disputes in connection with the aforementioned Motions which they will submit to the Court for approval and ratification.

The Parties accordingly submit that the above-referenced Motions are moot and respectfully request that they be removed from the Court's pending docket.

WHEREFORE, the Parties respectfully request that Plaintiff's Corrected Motion to Compel Entry of Amended Protective Order [D.E. 100], and Plaintiff's Motion for Court order Permitting PayCargo's In-House Counsel Jason Weber, Esq. to Have Access to Attorneys' Eyes Only Designated Information in All Discovery Conducted in This Case [D.E. 99] be denied as moot.

Date: May 28, 2021

Respectfully submitted,

**MARCUS LAW CENTER, LLC**

**Alan K. Marcus**
Alan K. Marcus
Florida Bar No. 266116
E-mail: amarcus@marcuslawcenter.com
2600 Douglas Road, Suite 1111
Coral Gables, FL 33134
Telephone: (305) 507-1203
***Attorneys for Plaintiff, PayCargo, LLC***

**LOTT & FISCHER PL**

**Ury Fischer**
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, FL 33134
Telephone: (305) 448-7089
***Attorneys for Defendant CargoSprint LLC***

**XANDER LAW GROUP, P.A.**

**Wayne R. Atkins**
Wayne R. Atkins
Florida Bar No. 84000
wayne@xanderlaw.com
service@xanderlaw.com

***Attorneys for Plaintiff, PayCargo, LLC***

**SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLP**

**Gustavo D. Lage**
Gustavo D. Lage
Florida Bar No. 972551
E-mail: GLage@smgqlaw.com
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134
Telephone: (305) 377-1000
***Attorneys for Defendants Wale Up LLC and Pavel Galbreath***