UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-22885-WILLIAMS/TORRES

PAYCARGO, LLC,

          Plaintiff,

vs

PAVEL GALBREATH, WALE UP LLC,
AND CARGOSPRINT LLC

          Defendants.
_____/

# DEFENDANT CARGOSPRINT LLC'S NOTICE OF COMPLIANCE WITH STANDING ORDER ON DISCOVERY PROCEDURES

Defendants CargoSprint LLC ("CargoSprint"), by and through its undersigned counsel, hereby gives notice of compliance with this Court's Standing Order on Discovery Procedures and states as follows:

1) CargoSprint served its First Set of Requests for Production ("Requests for Production") and First Set of Interrogatories ("First Set of Interrogatories" or "Interrogatories") on Plaintiff on April 16, 2021.

2) On May 17, 2021, both parties agreed to extend the deadline for responses and objections to the Requests for Production and First Set of Interrogatories from May 17, 2021 to May 27, 2021.

3) Plaintiff submitted its objections on May 28, 2021 after the agreed-upon deadline had passed.

4) In attempt to comply with S.D. Fla. L.R. 7.1(a)(3) and 26.1(g), CargoSprint provided

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, FL  33134
Telephone: (305) 448-7089

Plaintiff with a detailed letter regarding the deficiencies in Plaintiff's responses to the First Set of Interrogatories and Requests for Production on June 28, 2021.

5) Since that date, CargoSprint has made multiple attempts to discuss the issues disclosed in CargoSprint's letter, but have not been able to schedule due to a close call with Covid-19 by Plaintiff's Counsel as well as scheduling issues with Plaintiff.

6) At present, all responses from Plaintiff to both the First Set of Interrogatories and Requests for Production are considered insufficient due to the failure of Plaintiff to timely respond.

7) Additionally, CargoSprint has specific objections to Plaintiff's responses to Interrogatories 1-4 and Requests for Production 3, 5-18, 20-30, 32-36, and 42.

8) Both Parties will continue to make efforts to narrow, and hopefully eliminate, all disputes before the date of the hearing and will update this Court appropriately.

## CERTIFICATE OF CONFERRAL

The undersigned counsel hereby certifies that, as required by Local Rule 7.1(a)(3), he has conferred with Plaintiff and made a good-faith effort to resolve by agreement the issues raised herein, but was not able to agree on a resolution. He has provided a detailed letter regarding the issues on June 28, 2021 and attempted to schedule a time to resolve the issues on July 6, July 8, and July 13, 2021, but opposing counsel has yet to agree to a time to discuss the issues and attempt a resolution. We continue with our conferral efforts.

*[signature on following page]*

CASE NO. 1:20-CV-22885-WILLIAMS/TORRES

| | |
|---|---|
| Date: July 13, 2021 | Respectfully submitted,<br><br>**LOTT & FISCHER PL**<br><br><u>**Dylan H. Smith**</u><br>Ury Fischer<br>Florida Bar No. 048534<br>E-mail: ufischer@lottfischer.com<br>Noah H. Rashkind<br>Florida Bar No. 021945<br>E-mail: nrashkind@lottfischer.com<br>Giulia C. Farrior<br>Florida Bar No. 1011300<br>E-mail:  gfarrior@lottfischer.com<br>Dylan H. Smith<br>Florida Bar No. 113122<br>E-mail: dsmith@lottfischer.com<br>255 Aragon Avenue, Third Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 448-7089<br><br>***Attorneys for Defendant CargoSprint LLC*** |